1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: jeffrey.b.schenk@usdoj.gov

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-01168-RMW |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| JANE NELSEN, | ) | |
| Defendant. | ) | San Jose Venue |
| | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with regard to this defendant only without prejudice.

DATED:     October 6, 2011         Respectfully submitted,

                                   MELINDA HAAG
                                   United States Attorney

                                   /s/

                                   JEFF SCHENK
                                   Assistant United States Attorney


NOTICE OF DISMISSAL (CR 09-01168-RMW)

Leave is granted to the government to dismiss the indictment.

Date: FEB 9 2011

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge