MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 09-01168-RMW |
| Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE HEARING |
| v. | |
| JAMES NELSEN, | |
| Defendant. | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Monday, December 5, 2011, at 9:00 a.m., be continued to Monday, December 19, 2011, at 9:00 a.m. The continuance has been requested because counsel for the government is unavailable on December 5.

    The parties further agree and stipulate that time should be excluded from December 5, 2011 through and including December 19, 2011, for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and

1

outweigh the interest of the public and defendant in a speedy trial.

DATED: November 14, 2011

MELINDA HAAG
United States Attorney

___/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney


___/s/_____
VICKI YOUNG
Attorney for Defendant

**ORDER**

The parties have jointly requested a continuance of the hearing set for December 5, 2011.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 5, 2011 be continued to December 19, 2011 at 9:00 a.m. as well as the period of delay from December 5, 2011, to and including December 19, 2011, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

DATED: FFĐÍĐF

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE