UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs<br><br>JAMES NELSEN<br><br>　　　　　　Defendant.<br>_____/ | Case Number　CR09-01168RMW<br><br>ORDER OF DETENTION PENDING TRIAL<br><br>**FILED**<br>DEC - 2 2011<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

　　　　In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a revocation of release hearing was held on December 2, 2012. Defendant was present, represented by his attorney Vicki Young. The United States was represented by Assistant U.S. Attorney Jeff Schenk.

　　　　The government established through clear and convincing evidence that defendant had violated the conditions of his release, and the court finds that he is unlikely to abide by any condition or combination of conditions.

　　　　Accordingly, defendant's release is revoked and he is ordered detained.

Dated: 12/2/11

_____
HOWARD R. LLOYD

United States Magistrate Judge