VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347
Fax (650) 289-0636

Counsel for James Nelsen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES NELSEN,<br><br>        Defendant. | No. CR 09-01168 RMW<br><br>STIPULATION RE REVISED ORDER<br>18 U.S.C. 4241(d);<br>[] REVISED ORDER |

It is hereby stipulated between the defendant James Nelsen, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey B. Schenk, that the order of commitment pursuant to 18 U.S.C. 4241(d) filed on April 10, 2012, be withdrawn and the attached revised order be filed in its place. The reason for this substitution is that the U.S. Marshals Office advised that the wording in the filed order would complicate the designation process and proposed some new language to be added to the order.

It is so stipulated.

Dated:     April 16, 2012                    Respectfully submitted,

                                              /s/ Vicki H. Young
                                             VICKI H. YOUNG, ESQ.
                                             Attorney for James Nelsen

STIPULATION RE REVISED ORDER;
[] ORDER

| | | |
|---|---|---|
| Dated: | April 16, 2012 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
| | | |
| | |   /s/   Jeffrey B. Schenk<br>JEFFREY B. SCHENK<br>Assistant United States Attorney |

STIPULATION RE REVISED ORDER;
[] ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01168 RMW |
| Plaintiff, | |
| v. | REVISED ORDER |
| JAMES NELSEN, | |
| Defendant. | |

After a hearing on April 9, 2012, the Court found by a preponderance of the evidence that the Defendant, James Nelsen, is presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial, based on the psychiatric report prepared by Dr. James Missett.

Pursuant to 18 U.S.C. § 4241(d), Defendant Nelsen is committed to the custody of the Attorney General. The Attorney General shall hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is such a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward. The United States Marshal shall return defendant Nelsen to this court for hearing on July 30, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED:"6152134      _____
                    RONALD M. WHYTE
                    UNITED STATES DISTRICT JUDGE

REVISED ORDER
- 3 -