1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205            ÈÒÊ¿ĊŠÒÖ¿ÆŹŦ F Ð¦Ð¦Œ
   Palo Alto, California 94301
3
   Telephone      (415) 421-4347
4  Fax            (650) 289-0636

5  Counsel for James Nelsen

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,            )  No. CR 09-01168 RMW
11                                       )
                          Plaintiff,     )  STIPULATION RE CONTINUANCE
12                                       )  OF STATUS DATE; []
              v.                         )  ORDER
13                                       )
   JAMES NELSEN,                         )
14                                       )
                          Defendant.     )
15  _____ )

16

17      It is hereby stipulated between the defendant James Nelsen, by and through his attorney of

18  record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey B.

19  Schenk, that the status date of December 3, 2012, at 9:00 a.m. be continued to Hgdtwct{ʹ6, 2013 at

20  9:00 a..m. The reason for this continuance is that the defense counsel is still trying to obtain the

21  necessary medical records from FMC Butner to be reviewed by the defense psychiatrist.  James

22  Nelsen has already been found incompetent by both the defense psychiatrist and the medical staff at

23  Butner.  The current issue is whether this court will order that James Nelsen may be forcibly

24  mediated in an effort to restore his competency.

25      Under Title 18 U.S. C. §3161(h)(1)(A), any period of delay resulting from any proceeding to

26  determine the mental competency or physical capacity of the defendant is excluded from the speedy

   STIPULATION RE CONTINUANCE;
   [] ORDER
                                         - 1 -

1  trial calculation.  Therefore, the time period from December 3, 2012 through January 28, 2013,

2  should be excluded.

3       It is so stipulated.

4  Dated:      November 29, 2012                    Respectfully submitted,

5

6
                                                    /s/ Vicki H. Young
7                                                   VICKI H. YOUNG, ESQ.
                                                    Attorney for James Nelsen
8

9  Dated:                                           MELINDA HAAG
                                                    UNITED STATES ATTORNEY
10

11
                                                     /s/   Jeffrey B. Schenk
12                                                  JEFFREY B. SCHENK
                                                    Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

# PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for December 3, 2012, is continued to Hgdtwct{'6, 2015. This Court finds that the period from December 3, 2012, through and including Hgdtwct{'6, 2013 is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that any delay resulting from any proceeding to determine the mental competency or physical capacity of the defendant is excluded from the Speedy Trial Calculation. 18 U.S.C. § 3161(h)(1)(A).

DATED:   FFÐIÐFG

_____
RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER

- 3 -