MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax: (408) 535-5066
  E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-01168 RMW |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| JAMES NELSEN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 7/23/2013                           Respectfully submitted,

                                                    MELINDA HAAG
                                                    United States Attorney

                                                    /s/

                                                    JEFF SCHENK
                                                    Assistant United States Attorney

| | |
|---|---|
| 1 | Leave is granted to the government to dismiss the indictment. |
| 2 | |
| 3 | Date: _____ |
| 4 | RONALD M. WHYTE<br>Senior United States District Judge |